UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **INLAND PIPE REHABILITATION, LLC,** *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-02132 |
| **ERICK J. RODRIGUEZ TORO,** *et al.*, | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

On April 28, 2022, the Court held a hearing on Plaintiffs' and Defendants' cross-motions for summary judgment. The Court subsequently denied Defendants' motion and granted summary judgment in favor of Plaintiffs. (Doc. 69.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Plaintiffs Inland Pipe Rehabilitation, LLC, and Robert McCrae.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on May 2, 2022.

_____
Keith P. Ellison
United States District Judge

1 / 1